IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

(1)  TAMERA HANCOCK,  )
           Plaintiff,  )
    )
vs.  )  Case # 14-CV-380-RAW
    )
(1)  OKLAHOMA DEPARTMENT OF  )
    CORRECTIONS, a Governmental  )
    Agency, et al.,  )
           Defendant(s).  )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW**, the Plaintiff Tamera Hancock, pursuant to Rule 41(a), along with the Defendants, Oklahoma Department of Corrections, by and through the undersigned Counsel, and dismisses the above entitled causes with prejudice against Defendants Edward Bell, Casey Bennefield, Reggie Bradley, Arden Espe, Vicki Kyzer, Jason Lane, David Mealer, Mike Mullin, Gregory Stockton, in their Individual Capacities and in their Official Capacity. The parties will bear their own costs and fees.

Dated this 12th day of October, 2015.

Respectfully submitted,

/s/ Neal Kirkpatrick

NEAL KIRKPATRICK
2021 South Lewis, Suite 335
Tulsa, OK 74104
918.646.4060 (Office)
918.949.4237 (Fax)
neal@nkirkpatricklaw.com
*Attorney for Plaintiff, Tamera Hancock*

/s/ Susan E. Werner

SUSAN E. WERNER, OBA #9482
Assistant Attorney General, Litigation Unit
Office of the Oklahoma Attorney General
313 Northeast 21st Street
Oklahoma City, Oklahoma 73105
Telephone:   (405) 521-3921
Facsimile:   (405) 521-4518
susan.werner@oag.ok.gov

*Attorney for Defendants:*
*Oklahoma Department of Corrections,*
*David Mealer, Jason Lane, Edward Bell,*
*Reggie Bradley, Casey Bennefield,*
*Gregory Stockton, Mike Mullin,*
*Arden Espe, and Vicki Kyzer*